# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JONATHAN D. WERNER  
318 HILLCREST DRIVE  
ALGONQUIN, IL  60102

SSN-xxx-xx-1011

Case Number: 06-71968

Case filed on: 10/24/2006  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,168.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY RICHARD T JONES | 2,774.00 | 2,774.00 | 1,372.68 | 0.00 |
|  | Total Legal | 2,774.00 | 2,774.00 | 1,372.68 | 0.00 |
| 030 | JONATHAN D. WERNER | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JONATHAN D. WERNER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICA'S SERVICING COMPANY | 228,801.47 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICA'S SERVICING COMPANY | 113,435.12 | 0.00 | 0.00 | 0.00 |
| 003 | FIDELITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | GREAT BANK ALGONQUIN | 7,600.00 | 7,600.00 | 1,301.36 | 298.64 |
|  | Total Secured | 349,836.59 | 7,600.00 | 1,301.36 | 298.64 |
| 004 | GREAT BANK ALGONQUIN | 1,051.67 | 1,051.67 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 11,633.69 | 11,633.69 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS BANK FSB | 10,431.86 | 10,431.86 | 0.00 | 0.00 |
| 007 | AMERICAN EXPRESS BANK FSB | 9,906.47 | 9,906.47 | 0.00 | 0.00 |
| 008 | AMERICAN EXPRESS BANK FSB | 13,545.48 | 13,545.48 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 3,529.36 | 3,529.36 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 5,693.54 | 5,693.54 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 10,010.84 | 10,010.84 | 0.00 | 0.00 |
| 012 | BANK OF AMERICA NA (USA) | 7,682.17 | 7,682.17 | 0.00 | 0.00 |
| 013 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 3,669.41 | 3,669.41 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 5,085.03 | 5,085.03 | 0.00 | 0.00 |
| 016 | CAPITAL ONE | 473.84 | 473.84 | 0.00 | 0.00 |
| 017 | CAPITAL ONE | 2,041.55 | 2,041.55 | 0.00 | 0.00 |
| 018 | B-REAL LLC | 7,781.37 | 7,781.37 | 0.00 | 0.00 |
| 019 | B-REAL LLC | 6,261.17 | 6,261.17 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 6,985.82 | 6,985.82 | 0.00 | 0.00 |
| 021 | CITIBANK (SOUTH DAKOTA) NA | 7,103.22 | 7,103.22 | 0.00 | 0.00 |
| 022 | LVNV FUNDING LLC | 6,874.49 | 6,874.49 | 0.00 | 0.00 |
| 023 | LVNV FUNDING LLC | 11,891.58 | 11,891.58 | 0.00 | 0.00 |
| 024 | DISCOVER FINANCIAL SERVICES | 7,986.39 | 7,986.39 | 0.00 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 1,090.32 | 1,090.32 | 0.00 | 0.00 |
| 026 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | BECKET & LEE, LLP | 9,674.79 | 9,674.79 | 0.00 | 0.00 |
| 028 | OFFICE MAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | WELLS FARGO BANK NA | 15,172.86 | 15,172.86 | 0.00 | 0.00 |
|  | Total Unsecured | 165,576.92 | 165,576.92 | 0.00 | 0.00 |
|  | Grand Total: | 518,187.51 | 175,950.92 | 2,674.04 | 298.64 |

Total Paid Claimant:       $2,972.68  
Trustee Allowance:         $195.32  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                    By  /s/Heather M. Fagan